GIBNEY, ANTHONY & FLAHERTY, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com

*Of Counsel:*
STEPHEN M. GAFFIGAN, P.A.
Stephen M. Gaffigan
312 S.E. 17th Street – Second Floor
Ft. Lauderdale, Florida 33316
Telephone (954) 767-4819
Facsimile (954) 767-4821
Email: stephen@smgpa.net

Attorneys for Plaintiff
Chanel, Inc.



## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC., a New York corporation<br><br>Plaintiff,<br><br>v.<br><br>CONNIE FRALEY a/k/a CONNIE GAULT a/k/a CONNIE COCHRELL d/b/a CHANELIMAGE.COM d/b/a ALLEGHANY MOON d/b/a ALLEGHANYMOONVARIETYSTORE .COM and DOES 1-10,<br><br>Defendants. | Case No.<br><br>**FED. R. CIV. P. 7.1**<br>**DISCLOSURE STATEMENT** |

    Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for plaintiffs CHANEL, INC., a private (non-governmental) party, certifies that the following are corporate parents, subsidiaries, and/or affiliates of said party which are publicly held:

None.

- 1 -

Dated: New York, New York
April 29, 2008

Respectfully submitted,

*[signature: John Macaluso]*

GIBNEY, ANTHONY & FLAHERTY, LLP
JOHN MACALUSO (JM-2058)
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
E-mail: jmacaluso@gibney.com

Of Counsel:
Stephen M. Gaffigan
312 Southeast 17th Street, 2nd Floor
Ft. Lauderdale, FL 33316
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
Email: stephen@smgpa.net