AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

CHANEL, INC. a New York corporation,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

CONNIE FRALEY, et al.

08 CIV 4073

TO: (Name and address of defendant)

CONNIE FRALEY a/k/a CONNIE GAULT a/k/a CONNIE COCHRELL d/b/a CHANELIMAGE.COM d/b/a ALLEGHANY MOON d/b/a ALLEGHANYMOONVARIETYSTORE
45 Harrisburg Run, Bradford, Pennsylvania 16701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Macaluso
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
(212) 688-5151

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

APR 30 2008

DATE

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
CHANEL, INC., A NEW YORK CORPORATION
vs.
Defendant
CONNIE FRALEY AKA CONNIE GAULT AKA CONNIE COCHRELL DBA CHANELIMAGE.COM DBA ALLEGHANY MOON DBA ALLEGHANYMOONVARIETYSTORE.COM; ET AL.,

Case No.: 08 CIV 4073
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on _____
I, KEITH LAND, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on May 2 2008 1:50PM, I executed service of SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; DISCLOSURE STATEMENT; INDIVIDUAL PRACTICES IN CIVIL CASES OF JUDGE GERARD E. LYNCH; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ on CONNIE FRALEY at 45 HARRISBURG RUN, BRADFORD, McKean County, PA 16701

By Personal Service to: CONNIE FRALEY, NAMED DEFENDANT, A white female approx. 40-45 years of age 5'4"-5'6" in height weighing 160-180 lbs with red hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____  Execute on May 05, 2008
KEITH LAND, CATTARAUGUS, NY

State of New York County of ___CATTARAUGUS___
Subscribed and sworn to before me, a notary public on May 05, 2008

_Bruce E Kenney_
Notary Public

FOR: Gaffigan, Stephen M (PFI)
REF: CHANEL V. CHANEL IMAGE

BRUCE E. KENNEY
Notary Public, State of New York
No. 01KE6176098
Qualified in Cattaraugus County
My Commission Expires Oct. 29, 20 _11_

Order No. 5351706 SEA

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me[1] || DATE  MAY 2 2008 |
| NAME OF SERVER (PRINT)  KEITH LAND || TITLE  PROCESS SERVER |
| *Check one box below to indicate appropriate method of service* |||

[X] Served personally upon the defendant.  Place where served: 45 HARRISBURG RUN BRADFORD PA 16701

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    MAY 5 2008
           Date

Signature of Server

319 NORTH UNION ST.
OLEAN NY 14760
Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.